IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRED ABELLO | : | CIVIL ACTION |
| v. | : | |
| CURRAN FROMHOLD CORRECTIONAL FACILITY | : | NO. 09-5720 |

----------

| | | |
|---|---|---|
| SAMUEL ALICEA | : | CIVIL ACTION |
| v. | : | |
| CURRAN FROMHOLD CORRECTIONAL FACILITY | : | NO. 09-6131 |

----------

| | | |
|---|---|---|
| RABINE ARMOUR | : | CIVIL ACTION |
| v. | : | |
| WARDEN DELANEY, et al. | : | NO. 09-6015 |

----------

| | | |
|---|---|---|
| DAVID CARSON | : | CIVIL ACTION |
| v. | : | |
| HOUSE OF CORRECTION | : | NO. 10-314 |

----------

| | | |
|---|---|---|
| STEVEN COLLINS | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 10-107 |

----------

| | | |
|---|---|---|
| JAMES FLEMMING | : | CIVIL ACTION |
| v. | : | |
| CURRAN FROMHOLD CORRECTIONAL FACILITY | : | NO. 10-214 |

----------

| | | |
|---|---|---|
| RAOUL GADSON | : | CIVIL ACTION |
| v. | : | |
| CURRAN FROMHOLD CORRECTIONAL FACILITY, et al. | : | NO. 10-380 |

----------

| | | |
|---|---|---|
| RYAN HANNING | : | CIVIL ACTION |
| v. | : | |
| CURRAN FROMHOLD CORRECTIONAL FACILITY | : | NO. 09-6067 |

----------

| | | |
|---|---|---|
| CLYDE HICKS | : | CIVIL ACTION |
| v. | : | |
| CURRAN FROMHOLD CORRECTIONAL FACILITY | : | NO. 09-5578 |

----------

| | | |
|---|---|---|
| DAVID HUNTER | : | CIVIL ACTION |
| v. | : | |
| WARDEN DELANEY, et al. | : | NO. 10-5 |

----------

| | | |
|---|---|---|
| WALTER MARSHALL | : | CIVIL ACTION |
| v. | : | |
| CURRAN FROMHOLD CORRECTIONAL FACILITY | : | NO. 08-5241 |

----------

| | | |
|---|---|---|
| ROBERT MARTEZ | : | CIVIL ACTION |
| v. | : | |
| HOUSE OF CORRECTION FACILITY | : | NO. 09-5978 |

----------

| | | |
|---|---|---|
| RAYMOND MINOR | : | CIVIL ACTION |
| v. | : | |
| CURRAN FROMHOLD CORRECTIONAL FACILITY | : | NO. 09-5719 |

----------

| | | |
|---|---|---|
| PETER RAUCHET | : | CIVIL ACTION |
| v. | : | |
| WARDEN DELANEY, et al. | : | NO. 10-187 |

----------

| | | |
|---|---|---|
| JOHN SOMAHKAWAHHO | : | CIVIL ACTION |
| v. | : | |
| CURRAN FROMHOLD CORRECTIONAL FACILITY | : | NO. 09-6167 |

```
                              ----------
DON STARKS                          :       CIVIL ACTION
        v.                          :
CURRAN FROMHOLD CORRECTIONAL        :
FACILITY                            :       NO. 10-315

                              ----------

LEONARD STRONG                      :       CIVIL ACTION
        v.                          :
PHILADELPHIA PRISON SYSTEM,         :
et al.                              :       NO. 10-381

                              ----------

ZACHARY WADDINGTON                  :       CIVIL ACTION
        v.                          :
CURRAN FROMHOLD CORRECTIONAL        :
FACILITY                            :       NO. 10-330

                              ----------

DAVID WALKER                        :       CIVIL ACTION
        v.                          :
WARDEN DELANEY                      :       NO. 10-409
```

ORDER

AND NOW, this 26th day of April, 2010, it is hereby ORDERED that the above-captioned cases are CONSOLIDATED for the purposes of discovery and other pretrial matters and reassigned for those purposes to the calendar of The Honorable Norma L. Shapiro to whom is assigned Johnson v. Moore, et al., Civil Action No. 09-6097.

                                    BY THE COURT:


                                    /s/ Harvey Bartle III
                                                            C.J.